**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**In Re: CLOSURE OF MARTINSBURG COURTHOUSE**

**Misc. NO. 3:21-MC-34**

**ORDER CLOSING MARTINSBURG COURTHOUSE**

On Monday, March 29, 2021, the United States District Court, the United States Probation Office, the office of the United States Marshals Service, and the office of the United States Attorney at the Martinsburg point of holding court will be closed to allow for sanitation and deep cleaning following a confirmed case of COVID-19.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the United States Marshal, the United States Attorney, the Federal Public Defender, the Chief Probation Officer, and the General Services Administration.

**DATED**: March 29, 2021

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE